IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00273-MSK-MEH

GERI KLAHR,

    Plaintiff,

v.

WAGNER EQUIPMENT COMPANY, a Colorado corporation,
RICK JOHNSON, an individual, and
TOM BURKE, an individual and management official for Wagner Equipment Company,

    Defendants.
_____

## ORDER RE:   STIPULATION
_____

THIS MATTER, having come before the Court on the parties' Stipulation for Voluntary Dismissal Concerning Defendants Rick Johnson and Tom Burke **(#24)**, and being advised on the premises, hereby ORDERS:

All claims against Defendants Rick Johnson and Tom Burke are hereby dismissed with prejudice.  The caption on all further pleadings shall delete Rick Johnson and Tom Burke, identifying Wagner Equipment Company, a Colorado Corporation, as the sole defendant.

Dated this 6th day of April 2006.

                                                                       **BY THE COURT:**

                                                                       _____

                                                                       Marcia S. Krieger
                                                                       United States District Judge