IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00273-MSK-MEH

GERI KLAHR,

      Plaintiff,

v.

WAGNER EQUIPMENT COMPANY, a Colorado corporation,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

---

THIS MATTER is before the Court on the Stipulation for Voluntary Dismissal of Action With Prejudice (**#32**) filed June 26, 2006. The Court having reviewed the foregoing:

ORDERS that the above-captioned matter is dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

DATED this 27th day of June 2006.

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge